**A–C INVESTMENT ASSOCIATION, Unincorporated, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

No. 5857.

Court of Appeals of the District of Columbia.
Argued Oct. 12, 1933.
Decided Nov. 13, 1933.

R. C. Fulbright and John C. White, both of Washington, D. C., for petitioner.

G. A. Youngquist, Sewall Key, Carlton Fox, C. M. Charest, Walter L. Barlow, and

Shelby S. Faulkner, all of Washington, D. C., for respondent.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, HITZ, and GRONER, Associate Justices.

GRONER, Associate Justice.

The facts and law on which this case turns are identical in all respects with the facts and law of No. 5856 (A-C Investment Association v. Commissioner, 62 App. D. C. —, 68 F.(2d) 386), except that the tax year in question is 1928. The reasons applying for the reversal in No. 5856 apply equally here, and the decision in this case is therefore reversed.

Reversed.